IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00809-TPO

FAUSTINO NAHUACATL-LUNA,

      Petitioner,

v.

JUAN BALTAZAR,
ROBERT HAGAN,
MARKWAYNE MULLIN, and
TODD BLANCHE,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF 12] by Magistrate Judge Timothy P. O'Hara entered on April 30, 2026, and the Minute Order [ECF 14] by Magistrate Judge Timothy P. O'Hara entered on July 27, 2026, it is

ORDERED that Final Judgment is hereby entered in favor of Petitioner and against Respondents. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 27th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


s/ Jesse Torres
Jesse Torres
Deputy Clerk